# EXHIBIT E



# REACH YOUR DESTINATION

# Chrystal Robinson

## Overall Summary

| Team Member | Chrystal Robinson |
|---|---|
| Position | Business Analyst |
| Team | Team Frontier |
| Team Leader Performing Review | Bridget Schiefer |
| Review Period | 2018 Mid-Year Review |
| Performance Rating | Needs Improvement |
| Performance Trend | Decelerating |

## Performance Comments

**Bridget Schiefer**
Chrystal started the year off a little bumpy. Lack of priority for Team Frontier issues led to a verbal warning. Since that warning expired, Chrystal has developed a plan for growing in her career and staying committed to team tasks.
Pros:
Continued to shadow people in roles that may align with your passions and skills
Continued to support the CEVT for part of the quarter
Completed at least two QwikLabs training modules for AWS skills
Provided a smooth transition from supporting the CEVT
Held meetings to sync your work with the people who would cover your work going forward
Finished up you projects so the team would not be scrambling to work on them
You respond well to pressure –
You took the conn on organizing the flow of people in the room during the Circle CI visit.
You exemplify "We are the They" –
You wrapped up work support CEVT. This virtual team needed a Scrum Master. Despite unclear responsibilities, you helped where and how needed.
You helped Heather, on IT Team Keymasters, with proof-reading and preparing the GHE update confluence page
You continue to help iLean with VSMs by helping with the Agile community Workshop
You create clear concise documentation in confluence –
You've received prop outs for various parts of the CircleCI documentation created in Confluence

© Copyright 2017 Quicken Loans Inc. Confidential & Proprietary.



# REACH YOUR DESTINATION

You went beyond the two teams suggested when documenting the build to deploy process of various teams using TFS
Grows:
You have good ideas about how the teams' processes can be improved. Turn those ideas into actions.
Documentation maintenance -- Come up with an example plan, present it to the team to start the discussion of building an ongoing docs maintenance plan.
Work through blocks -- We've talked about this during follow up meetings regarding the verbal warning.
Admin Access on your laptop -- This should never be a block to you getting work done. As I've mentioned in the past, submit a ticket to the Guy for anything you need installed on your PC. If you want a Mac, you've mentioned this in the past, request one from The Guy.
Team Member blocks -- Walk over to the desk of anyone that is preventing you from completing your task. Ask in the Teams room if someone else can help. Schedule a meeting to work through the block.
BA Expectations -- You have a lot of experience with documentation. But, it's time to focus on growing your skills in some other areas.
Curate the issues in the current iterations. -- Make sure they are ready to be worked on by containing clear, complete requirements
Manually test code changes and additions. Does the tool/site still work the way the end user would expect?
Review Acceptance Criteria -- Does it cover use cases stated in the issue
Communication -
Please be mindful of your tone when being a champion of change. If you would like the team to try something, or you see room for improvement, great. But those things have to be delivered without a tone of blame or accusation. It's puts the Team on the defense and drowns out your points. Reference the feedback I gave you from Josh Zook.

## Performance Characteristics

### Strengths
Client Focus/Service
Process Improvement
Quantitative & Data Analytics

### Areas For Growth
Communication Skills
Specialized Knowledge/Area Expertise
Problem Solving & Critical Thinking

## Self-Reviews

**Chrystal Robinson**
July 17, 2018

© Copyright 2017 Quicken Loans Inc. Confidential & Proprietary.



# REACH YOUR DESTINATION

**Performance Rating**
Achieves Expectations

**Performance Trend**
Consistent

**Strengths**
Attention to Detail
Organization & Time Management
Process Improvement

**Areas For Growth**
Communication Skills
Creative Design/Thinking
Relationship Building

**Performance Comments**
I assigned an "Achieves Expectations" rating because I feel that I am very reflective and receptive to feedback. This allows me to be flexible and adaptable on my team. I am consistent but would like to exceed expectations. I plan on being proactive about understanding what those expectations are and going above and beyond. I am going to make a conscious effort to exceed expectations. I have met with my Leadership to get a start on documenting the ways I could provide more value to our team. I explained how I felt as though I was not challenged enough and started to feel like a "one trick pony" constantly cranking out documentation and communication.
Not having a sense of worth or value has been an area where I have struggled with in the past. I realize that I need a sense of value/worth otherwise it is hard to feel apart of the team. I am consciously making sure I am always providing value and fulfilling the needs of my team and team members.
I have helped to foster a continuous improvement mindset on my team. We now often speak of trying things out and experimenting with process improvements quite frequently as a team.
I also help to make sure we address support issues as they arise. My team is often busy with day to day work so I make sure that I do not mark support messages "read" until they have been addressed by someone or myself. I also help our team by ensuring we communicate with clients. I send out regular messages to our clients via MS Teams to get feedback from surveys and informational messages on what's new in the systems we support. I am continuing to listen for roadblocks and figure out ways that I can be of assistance. I have also developed a more technical understanding of the tools we support, Hal & CircleCI. I have written an application and set it up as in Github, CircleCI and Hal. I feel that this has given me a deeper understanding of the tools and allows me to speak the same language. I plan to put myself in more hands-on situations to further my technical knowledge so that I can support my team more effectively.
Reviewing the BA Expectations, I feel I am achieving expectations. My strengths would be documentation (external & internal) and communication (external & internal).
I have helped to facilitate and work with partners such as Keymasters, Polaris and QAPOW. I continue to build relationships with clients and partners. I also make sure when we get client feedback that it is documented in our GitHub issues. See example.

© Copyright 2017 Quicken Loans Inc. Confidential & Proprietary.

Team Member: Chrystal Robinson          3 of 5          8/27/2018

QLI000025



# REACH YOUR DESTINATION

Some areas to grow would be manual testing and backlog grooming/refinement.
I have done some manual testing of Hal such as a terminology audit and testing the new app set up changes in the UI with Steve Kluck. However, I will make it a goal to do more manual testing, UI work with Jon Taylor, backlog grooming and refinement, driving team process changes and capturing team metrics. With backlog grooming and refinement, I will make sure all of our issues have acceptance criteria, technical requirements, and any other required documentation.
I have also been taking sometime to do a documentation audit to determine and identify what's there, what's missing, what's out of date and what can be deleted from our confluence spaces.

## Feedback from Others

### Steve Kluck
Chrystal has improved in the latter half of Q1 2018, but does not contribute to the team as a business analyst would. Her attitude and demeanor has improved, but her work output still struggles greatly and the team does not know what they can rely on her for.
I would expect a business analyst to dive deep into the product they are working on, and understand it so that they can write documentation, specs, and test cases or plans for new features. Instead, asking work specific to Hal seems more like a burden to her, and requires a several week if not month long lead-time to finish them. For example, a task was completed by Byron the first week of May to allow better integration between Hal and TFS. As of the first week of July – there is still no clear documentation on this feature and no teams are using it. A 2 month lead time for tasks to get documentation and rolled out to developers is unacceptable.
In addition – she has never shown in interest in defining tasks and specing them out to completion which is the bulk of a BA's responsibilities on a product. Unclear acceptance criteria has been an issue on the team in the first half of the year, but she has not been involved in improving them or clearing defining work. This leads to more non-coding and non-technical work being required of engineers which is not the most productive use of their time.

### Alaina Rogacki
I thoroughly enjoy my time working with Chrystal. Although we haven't worked directly together on any specific task, I completely appreciate her role in this team and I think she's an asset. Chrystal is a hard worker and I appreciate the structure she brings to our team. Beyond that, I think she is a great communicator who is always trying to keep us on task.
She is always willing to step up during team meetings and events. It can be as small as 'driving' when taking notes and capturing information, but the initiative matters. Also as a team member, I appreciate and respect the amoung of time she puts into giving us all a lot of feedback on our tasks and the documentation that we write. If something is in review and in her scope, she almost always comments on it, starting a discussion. She also communicates well with the team when she has something in review. She also is proactive when keeping us all updated on the status of her tasks; it's very rare that we have any questions of confusion about I think we could all take a page out of her book in that regard.
One thing that I think could be a focus would be letting things that are out of her control frustrate her. I think this is something we all fall into every once and awhile, but I do think it's important to note as it can affect the mood of the team.

### James Thomason

© Copyright 2017 Quicken Loans Inc. Confidential & Proprietary.

Team Member: Chrystal Robinson                4 of 5                               8/27/2018

QLI000026



# REACH YOUR DESTINATION

Chrystal is passionate about improving our processes and documentation. She is always open to receiving feedback, and consistently shows patience when the team takes longer than expected to give it. In my time on the team Chrystal has both helped clean up our confluence space as well as worked to keep the team organized: these efforts have helped facilitate our team's progression, and made it easier for users to understand and use Hal.

Chrystal had also previously maintained the frontier dashboard when it was still active, providing a single spot to access the latest board and meeting notes.

I'm not sure what I would suggest as an area for opportunity: given the uniqueness of our team, the traditional BA responsibilities of speaking with the business and creating stories may not be the best metrics of productivity nor effort. However, with regard to speaking with the business, as far as I'm aware Chrystal has had (and may still have) more 1:1s with QL team members than the rest of the team.

Depending on Chrystal's goals moving forward or the expectations of a BA on a non-traditional team like Frontier, one possible improvement—assuming it isn't already happening—could be assisting in translating our Product Owner's (Steve) planned features into stories/requirements.

### Kyle Robertson

Crystal has always been great to work with when I have worked with her.

She is always receptive when I reach out to her and is very eager to help. Her communication is great as well. I think she has also been doing a great job with a lot of the documentation pieces, and the initiatives to figure out how our development teams currently build & deploy their applications, along with the CircleCI rollout.

### Dmitri Skliarov

I always enjoy working with Chrystal. Chrystal is very organized person and helps our team to maintain various materials. It helps a lot to do software development work quicker and with better quality. Chrystal is very easy going person and always ready to help.

© Copyright 2017 Quicken Loans Inc. Confidential & Proprietary.

Team Member: Chrystal Robinson      5 of 5      8/27/2018

QLI000027