UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRYSTAL ROBINSON,

       Plaintiff,                            Case No. 2:19-cv-13129
                                                   Hon. Nancy G. Edmunds

v

QUICKEN LOANS, INC.,

       Defendant.
_____

## **STIPULATION AND ORDER**

This matter having come before the Court by stipulation of the parties, the parties hereby stipulate and agree that Plaintiff will be given an additional fourteen (14) days, or until September 14, 2020, to file her response to Defendant's Motion for Summary Judgment.

Now, therefore, the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's response to Defendant's Motion for Summary Judgment is due on Monday, September 14, 2020.

IT IS ORDERED that if Defendant chooses to file a reply, that due date shall also be extended to September 28, 2020.

IT IS SO ORDERED.

1

Dated: September 2, 2020        s/ Nancy G. Edmunds
                                                 Hon. Nancy G. Edmunds
                                                 United States District Court Judge

Approved as to form and content:

| CARLA D. AIKENS, P.C. | BODMAN PLC |
|---|---|
| By:   /s/ Connor B. Gallagher | By:   /s/ Michelle L. Kolkmeyer |
| Connor B. Gallagher (P82104) | (with permission) |
| Carla D. Aikens (Pl69530) | John C. Cashen (P31603) |
| 615 Griswold St., Suite 709 | Michelle L. Kolkmeyer (P81355) |
| Detroit, Michigan 48226 | 6th Floor at Ford Field |
| connor@aikenslawfirm.com | 1901 St. Antoine Street |
| *Attorney for Plaintiff* | Detroit, Michigan 48226 |
| | (313) 259-7777 |
| | jcashen@bodmanlaw.com |
| | mkolkmeyer@bodmanlaw.com |
| | *Attorneys for Defendant* |