UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRYSTAL ROBINSON,

    Plaintiff,   Case No. 19-cv-13129

v.   Honorable Nancy G. Edmunds

QUICKEN LOANS, INC.,

    Defendant.

_____/

## JUDGMENT

In accordance with the Court's order granting Defendants' motion for summary judgment entered this date,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Defendant and this case is **DISMISSED**.

**SO ORDERED**.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: March 23, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 23, 2021, by electronic and/or ordinary mail.

                s/Lisa Bartlett
                Case Manager